KOH
DJD/WDM/PDK: USAO 2022R00274

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. TDC22CR169 |
| | * | |
| ANDRON RYDEAL WOOD, | * | (Conspiracy to Interfere with |
| | * | Interstate Commerce by Robbery, |
| Defendant | * | 18 U.S.C. § 1951(a); Forfeiture, 18 |
| | * | U.S.C. §§ 924(d) and 981(a)(1)(C), 21 |
| | * | U.S.C. § 853(p), 28 U.S.C. § 2461(c)) |
| | * | |

*******

## INFORMATION

### COUNT ONE
(Conspiracy to Interfere with Interstate Commerce by Robbery)

The United States Attorney for the District of Maryland charges that:

#### Introduction

1.  At all times relevant to this Information, Business-1 was located in Fort Washington, Maryland, and engaged in interstate commerce in ways including the sale of items manufactured and produced outside of Maryland.

1

## The Charge

2. On or about January 18, 2021, in the District of Maryland and elsewhere, the defendant,

**ANDRON RYDEAL WOOD,**

did knowingly and willfully combine, conspire, confederate, and agree with **Thaddeus Lamont Wills** ("**Wills**"), **Quasean Markual Reeves** ("**Reeves**"), **Keionta Shawn Hagens** ("**Hagens**"), and other persons, known and unknown to the United States, to obstruct, delay, and affect commerce and the movement of an article and commodity in commerce by robbery, as those terms are defined in 18 U.S.C. § 1951(b), by the unlawful taking of money and property from the person and in the presence of agents and employees of Business-1, against the will of said employees, by means of actual and threatened force, violence, and fear of injury to said employees.

18 U.S.C. § 1951(a)

## FORFEITURE ALLEGATION

The United States Attorney for the District of Maryland further finds that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 924(d) and 981(a)(1)(C), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), in the event of the defendant's conviction under Count One of this Information.

### Robbery Forfeiture

2. As a result of the offense alleged in Count One of this Information, the defendant,

**ANDRON RYDEAL WOOD,**

shall forfeit to the United States all property, real or personal, constituting, or derived from, proceeds obtained, directly or indirectly, as a result of this offense.

### Substitute Assets

3. If, as a result of any act or omission of the defendant, any of the property described above as being subject to forfeiture:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 28 U.S.C. § 2461(c) and 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

18 U.S.C. § 924(d)
18 U.S.C. § 981(a)(1)(C)
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

May 3, 2022
Date

Erek L. Barron /WDM
Erek L. Barron
United States Attorney