✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED
3:46 pm, May 27 2022
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY __TTS__ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA       *

vs.                            *     Case No. TDC 22-cr-00169

ANDRON RYDEAL WOOD             *

\*\*\*\*\*\*

## ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by __WILLIAM PORTER__, and the Government was represented by Assistant United States Attorney __DWIGHT DRAUGHON__, it is

**ORDERED**, this __27th__ day of __May 2022__, that the above-named defendant be, and the same hereby is, DETAINED by agreement of the parties without prejudice to either side requesting a prompt hearing to set appropriate conditions of release or otherwise address the detention of the defendant.

Ajmel A. Quereshi
United States Magistrate Judge