# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Case No. 8:22-CR-00169-1-TDC |
| **ANDRON RYDEAL WOOD** | * | |

******

## ORDER APPOINTING COUNSEL

The above entitled individual having been found to be financially unable to obtain counsel and may be entitled to appointment of counsel under the Criminal Justice Act,

**IT IS HEREBY ORDERED**, this 6th day of July, 2023, that

Daniel H. Goldman is hereby appointed to represent the individual.

/s/
_____

Theodore D Chuang
UNITED STATES DISTRICT JUDGE